No. _____ CR 07 00505 JF HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 AUG -2 A 8:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## THE UNITED STATES OF AMERICA

vs.

ROBERTO GARCIA MORALES

# INDICTMENT

<u>Count One</u>: Title 21, United States Code, Section 841(a)(1)- Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this ___1___ day of Aug 2007

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ ___NO BAIL WARRANT.___

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4                                                    FILED
5                                          2007 AUG -2  A 8: 18
6                                          RICHARD W. WIEKING
                                                  CLERK
7                                          U.S. DISTRICT COURT
                                           NO. DIST. OF CA. S.J
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11                        CR 07 00505 JF HRL
12
   UNITED STATES OF AMERICA,        )   No.
13                                  )
              Plaintiff,            )   VIOLATION: 21 U.S.C. § 841(a)(1) -
14                                  )   Distribution of Methamphetamine
                                    )
15       v.                         )
                                    )
16 ROBERTO GARCIA MORALES,          )
                                    )   SAN JOSE VENUE
17            Defendant.            )
                                    )
18                                  )
                                    )
19

20
                              I N D I C T M E N T
21
22 The Grand Jury charges:

23    On or about April 21, 2006, in the Northern District of California, the defendant,

24                        ROBERTO GARCIA MORALES,

25 did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more

26 of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

27 //

28 //


**INDICTMENT**

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: 8/1/07

*/s/ Foreperson*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*/s/ David R. Callaway*
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
                       AUSA O'Connell

INDICTMENT                    2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -2 A 8:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SHEET

**DEFENDANT - U.S.**
▶ ROBERTO GARCIA MORALES

**DISTRICT COURT NUMBER**
CR 07 00505 JF HRL

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
ROBERTO GARCIA MORALES

**ATTACHMENT TO PENALTY SHEET**

Count One:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment