```
                    FILED
                2007 AUG -2  A 8: 19
                RICHARD W. WIEKING
                       CLERK
                U.S. DISTRICT COURT
                NO. DIST. OF CA. S.J
```

SEALED ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) CR 07 00505 JF |
| v. | ) **ORDER OF THE COURT SEALING** |
| ROBERTO GARCIA MORALES, | ) **INDICTMENT AND ARREST WARRANT** HRL |
| Defendants. | ) |

Based on the motion of the Government, the further investigation contemplated by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the need to ensure the safety of law enforcement agents, and the fact that the defendants are out of custody and unaware of the pending indictment and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the

//

//

**SEALING ORDER**

1  above-entitled case be sealed until further order of the court.

2

3  **IT IS SO ORDERED.**

4

5  DATED: 8-1-07

6

7

8  ~~HOWARD R. LLOYD~~ RICHARD SEEBORG
   United States Magistrate Judge
   Northern District of California

SEALING ORDER                                2