# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, September 5, 2007
**Case Number:** CR-07-00505-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

TITLE:   **UNITED STATES OF AMERICA V. ROBERTO GARCIA MORALES**

| **PLAINTIFF** | **DEFENDANT** |
| United States | Roberto Garcia Morales |

Attorneys Present: Thomas O'Connell         Attorneys Present: Michael Whalen

---

PROCEEDINGS:
  Status review hearing held. Counsel and defendant are present.
  Continued to 10/3/07 at 9:00 a.m. for further status review.
  28 days are excluded for the reasons stated.