**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, October 3, 2007
**Case Number:** CR-07-00505-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. ROBERTO GARCIA MORALES**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Roberto Garcia Morales |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Michael Whelan |

PROCEEDINGS:
    Further status review hearing held. Counsel and defendant are present.
    Continued to 10/31/07 at 9:00 a.m. for further status review.
    28 days are excluded for the reasons stated.