## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, October 31, 2007
**Case Number:** CR-07-00505-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      UNITED STATES OF AMERICA V. ROBERTO GARCIA MORALES

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Roberto Garcia Morales |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Michael Whelan |

---

PROCEEDINGS:
  Disposition hearing held.  Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment.  Continued to 1/16/08 at 9:00 a.m. for judgment and sentencing.