Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
255 N. Market Street, Suite 100
San Jose, California 95110
(408) 288-5231 telephone
(925) 819-2851 cell
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
ROBERTO GARCIA MORALES

FILED
2008 JAN -2  P 3: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO GARCIA MORALES<br><br>Defendant. | Case No. CR 07-00505- JF<br><br>**SENTENCING MEMORANDUM** |

COMES NOW defendant Roberto Garcia Morales, by and through his attorney Wm. Michael Whelan, Jr., submits this sentencing memorandum for the Court's consideration.

The defendant and counsel have reviewed and concur with the findings contained in the Presentence Investigation Report filed with the Court on December 28, 2007. However, Mr. Morales and counsel do not agree with the recommendation for a sentence of 40 months. The government and the defendant agreed (at page 6, line two of the Plea Agreement) to recommend to the Court that Mr. Morales be given the low end of final

guideline range, that is, 37 months. In addition, Mr. Morales would like to offer for the Court's consideration, his letter attached hereto. A copy of this letter was supplied to the Probation Department but apparently has not been supplied to the Court.

Respectfully submitted,

12-28-07
Date

Wm. Michael Whelan, Jr.
Attorney for Defendant Roberto Garcia Morales

Your honarable judge Fogal,
My name is Roberto Garcia Morales, on april, 17, 2006 I was involved in a transaction with an undercover officer, which I made some bad choices.
I feel ashamed at myself for committing these crimes, that is the reason why im pleading guilty on these counts.
I want to except responsibility for what I did, I am very sorry for what I have done. I promise the courts, I will be a productive member while incarserated and when im realeased into the society. I want the courts to that at this point of my life when I committed these crimes I was going thrugh a seperation of my family. I felt like I had hit rock bottom, I then involved myself with a wrong group of people, because I did not have a job at the time, I made these choices to provide the mother of my daughter some money to help her with my daughter's needs. You honer since then I had moved to chico, CA, with my uncle to better myself. I worked at veriouse jobs and kept contact with my daughter and her mom. While in chico CA, I found out Stephanie Martinez, which is the mother of my daughter Serena Marie Garcia, was expecting another child from me, Robert Anthony Garcia he was born on Feb, 15, 2007. Since then

Stephanie and I worked on our diffrences, and I retured to Hollister, CA, to be with my family. Since my return to Hollister CA, Stephanie and I are now expecting another child that will be born on March, 25, 2008. Since my arrest Stephanie has got us a appartment on 1390 Line st #D in Hollister CA,. Your honer I ask that the courts be leneante with my sentence so that I can return home to my kids and to help Stephanie with all the needs. Your honer I want to ask the courts if theire are any programs that will reduce my sentence in Federal prison I would like to be a part of them, also your honer I want to ask to please be placed in a Federal prison in Califonia, so that my family would be able to visit me and I can meet my newborn child. Your honer I want to thank you for taking your time to read this letter.

Sincerely,

Roberto Garcia Morales

*[signature]*

Nov. 19, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by U.S. Mail on December 28, 2007 to:

Thomas M. O'Connell, A.U.S.A.
Office of the United States Attorney
Thomas.M.Oconnell@usdoj.gov
150 Almaden Boulevard, Suite 900
San Jose, California 95113

Waseem Iqbal, U.S. Probation Officer
Waseem_Iqbal@canp.uscourts.gov
280 1st Street, Suite 106
San Jose, California 95113

_/s/ Michael Whelan_

-3-