# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, January 16, 2008
**Case Number:** CR-07-00505-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    UNITED STATES OF AMERICA V. ROBERTO GARCIA MORALES

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Roberto Garcia Morales |
| Attorneys Present: Thomas O'Connell | Attorneys Present: William Michael Whelan |

## PROCEEDINGS:

Judgment and Sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 37 months prison on count 1 of the Indictment; 5 years supervised release; and $100.00 special assessment.